65 A.3d 295

**Kenneth JACKSON, Petitioner**

v.

**COURT REPORTERS, Respondents.**

**No. 1 EM 2013.**

Supreme Court of Pennsylvania.

April 17, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition

474

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**